MONROE CHEATHAM, ALIAS MONROE CHEATHAN, *Plaintiff in Error,* v. STATE OF FLORIDA, *Defendant in Error.*

En Banc.

Decision Filed August 1, 1927.

*W. T. Bludworth,* for Plaintiff in Error;

*J. B. Johnson,* Attorney General, and *H. E. Carter,* Assistant, for the State.

PER CURIAM.—In this case the judgment is affirmed on authority of the opinion in the case of Annie Fields v. State of Florida, filed at this term of the Court.

Affirmed.

ELLIS, C. J., AND WHITFIELD, TERRELL, STRUM, BROWN AND BUFORD, J. J., concur.